UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM RAY WILLIAMS,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

Case No. 10-12143

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

UNITED STATES MAGISTRATE JUDGE
MICHAEL HLUCHANIUK

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [12], GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [9], DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [10], REMANDING CASE FOR FURTHER PROCEEDINGS AND REVERSING THE FINDINGS OF THE COMMISSIONER**

      On August 22, 2011, Magistrate Judge Hluchaniuk issued a Report and Recommendation [12] that Plaintiff's Motion for Summary Judgment [9] be granted, that Defendant's Motion for Summary Judgment [10] be denied, that the findings of the Commissioner be reversed, and that the case be remanded for further proceedings.

      No objections were filed.

      The Court has reviewed the record in this case.

      The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment [9] is **GRANTED**.

      **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment [10] is **DENIED**.

      **IT IS FURTHER ORDERED** that this matter is reversed and remanded for further

proceedings.

**SO ORDERED**.


DATED:   September 13, 2011          S/ARTHUR  J. TARNOW
                                     ARTHUR J. TARNOW
                                     United States Senior District Judge

    I hereby certify that a copy of the foregoing document was served upon counsel of record on September 13, 2011, by electronic and/or ordinary mail.

                                     s/Shawntel R. Jackson
                                     Case Manager